```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

JIMMY SHANE CANTRELL                                          PLAINTIFF

v.                              Case No. 07-2038

MIKE BEEBE, Governor of the State of
Arkansas and Former Attorney General;
SGT. WESTBROOK, Property Officer at the
East Arkansas Regional Unit; GREG HASMON,
Warden, East Arkansas Regional Unit; LARRY
NORRIS, Director, Arkansas Department of
Correction; ARKANSAS BOARD OF CORRECTION;
SGT. WOFFORD, Transportation Officer with
the Arkansas Department of Correction;
MR. CLEMMONS, Officer, East Arkansas Regional
Unit; MR. BUTLER, Officer, East Arkansas
Regional Unit; JOHN DOE, Unknown Officer
working at the backgate of the East Arkansas
Regional Unit; JAMES MCCORMACK, Clerk, United
States District Court for the Eastern District
of Arkansas; JOHN DOE CLERKS, Deputy Clerks
for the Eastern District of Arkansas; and
DAVID WHITE, Warden, Maximum Security Unit,
Tucker, Arkansas                                             DEFENDANTS

## ORDER

Now on this 15th day of May 2007, there comes on for consideration the report and recommendation filed herein on April 26, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). Also before the Court are Plaintiff's written objections to the report and recommendation (Doc. 9).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims are DISMISSED against

Separate Defendants James McCormack, the Clerk of the Court of the Eastern District of Arkansas and the John Doe deputy clerks of the Eastern District of Arkansas.  Further, this case should be and hereby is transferred to the Eastern District of Arkansas pursuant to 28 U.S.C. § 1406(a).

    IT IS SO ORDERED.

/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge